**Derrick Brown, Plaintiff, v. Joseph J. Duffy Company, a Corporation and H. P. Reger and Company, a Corporation, Defendant, Counterplaintiff-Appellant. Midwest Heat Service, Intervening Petitioner-Respondent.**

Gen. No. 48,227.

First District, First Division.

May 22, 1961.

Hinshaw, Culbertson, Moelmann & Hoban, of Chicago (Karl M. Tippet, of counsel), for counterplaintiff-appel-

lant; Blaha, Hyder and Osterkamp, of Chicago (William A. Blaha, of counsel) for Midwest Heat Service, intervening petitioner-respondent. Opinion by JUSTICE BURMAN. **Not to be published in full.**